IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Nancy Barber, | ) | C/A: 3:11-2328-JFA |
| | ) | |
| Plaintiff, | ) | ORDER APPOINTING |
| vs. | ) | GUARDIAN AD LITEM |
| | ) | |
| American Family Home Insurance Company, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| American Family Home Insurance Company, | ) | |
| | ) | |
| Counter Claimant, | ) | |
| vs. | ) | |
| | ) | |
| Kelly D. Barber and Nancy Barber, | ) | |
| | ) | |
| Counter Defendants. | ) | |
| _____ | ) | |
| Nancy Barber, | ) | |
| | ) | |
| Cross Claimant, | ) | |
| vs. | ) | |
| | ) | |
| Kelly D. Barber, | ) | |
| | ) | |
| Cross Defendant. | ) | |
| _____ | ) | |

This is a civil action relating to the proceeds of a homeowner's insurance policy, and one party to this litigation, Kelly Barber, is currently incarcerated by the South Carolina Department of Corrections. The court hereby appoints attorney Ms. Logan Wells to represent the counter-defendant, Kelly D. Barber, for the duration of this action.

1

In her capacity as guardian ad litem, Ms. Wells is authorized to appear as attorney of record and to represent Mr. Barber's interests in this case.

This order shall serve as the credentials for Ms. Wells to contact her client, either in person or by way of telephone, and authorities with the SCDC are authorized to rely upon this order to allow such visitation and/or telephone calls.

Ms. Wells has kindly agreed to enter this case on a pro bono basis, but the court reserves the right to award her out of pocket expenses and possibly modest attorneys fees in the event that her client obtains a share of the recovery in this action.

Mr. Kelly has filed a *pro se* answer. If, after reviewing the court documents in this action, Ms. Wells deems it necessary, she is hereby authorized to file an amended answer or other appropriate pleading on behalf of her client.

IT IS SO ORDERED.

February 15, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge