IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Nancy Barber, | ) | C/A No.: 3:11-cv-2328-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| American Family Home Insurance Company, | ) ) | |
| | ) | |
| Defendant. | ) ) | |
| American Family Home Insurance Company, | ) ) | |
| | ) | |
| Counter Claimant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Kelly D. Barber and Nancy Barber, | ) | |
| | ) | |
| Counter Defendants. | ) ) | |

Pursuant to this court's order dated January 14, 2013, Logan Wells, the attorney appointed to represent Kelly D. Barber in this case, has submitted an itemization of her out-of-pocket expenses and an itemization of the time spent working on this case. The court finds the itemizations to be reasonable. The court hereby orders that Ms. Wells be fully reimbursed for her total disbursements in the amount of $1,327.64. Ms. Wells has claimed $15,035.00 in attorney's fees for her work in this case, and the court does not dispute that amount but awards Ms. Wells $2,000.00. The total amount of $3,327.64 should be paid to Ms. Wells out of the insurance funds that will be awarded to Mr. Barber

in the divorce action between Mr. and Mrs. Barber currently pending in the Lexington County Family Court. This court understands that Naki Richardson-Bax has been charged by the family court with drafting an order awarding Mr. Barber a portion of the insurance proceeds. This court directs Ms. Richardson-Bax to see that Ms. Wells is paid out of the money awarded to Mr. Barber.

The Clerk is directed to distribute this order to Ms. Richardson-Bax.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

March 22, 2013  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge